# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DALE P. SLEDGE, Jr., ) | |
| ) | |
| Petitioner, ) | Civil Action No. 13-1075 |
| ) | |
| v. ) | Judge Cathy Bissoon |
| THE ATTORNEY GENERAL OF THE ) | Magistrate Judge Maureen P. Kelly |
| STATE OF PENNSYLVANIA, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM ORDER

On July 29, 2013, this case was referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.C and 72.D of the Local Rules for Magistrates.

On July 30, 2013, the Magistrate Judge issued a Report and Recommendation (Doc. 2) recommending that the Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus (the "Petition") (Doc. 1) be denied. Service of the Report and Recommendation was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

The petition (Doc. 1) is **DENIED**, and the Report and Recommendation of Magistrate Judge Kelly dated July 30, 2013, is hereby adopted as the opinion of the District Court.

IT IS SO ORDERED.

September 6, 2013                               s\Cathy Bissoon
                                                Cathy Bissoon
                                                United States District Judge

cc (via ECF email notification):

All Counsel of Record

cc (via First-Class U.S. Mail):

Dale P. Sledge, Jr.
KJ-8397
S.C.I. Laurel Highlands
5706 Glade Pike
Somerset, PA 15501